862 F.2d 319
 Universal Financial, Burton (Wayne), Western Sierra
Financial Corporation, California Equities Home
Loan, Baker (Robert A.)
v.
Kalinoski (Mary), Lewis (Joyce), Lintner (John,Joan),
Lubetzky (Seymour), Nagy (Charles, Sarah), Orrizzi
(Rosanne), Onate (Juan,Ruth), Sucov (Cynthia)
 NO. 85-6217
 United States Court of Appeals,
 Ninth Circuit.
 OCT 24, 1988
 
 1
 Appeal From: C.D.Cal.
 
 
 2
 APPEAL DISMISSED.